UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MARY D. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:16-CV-221-FL |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 14, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on September 14, 2017, and Copies To:**

Kristen Gordon  (via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)


September 14, 2017                             PETER A. MOORE, JR., CLERK
                                                                 /s/ Sandra K. Collins
                                                               (By) Sandra K. Collins, Deputy Clerk